UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES L. RIKE AND CAROLE M. RIKE D/B/A RIKE SERVICES, INC. AND D/B/A WORD CATERING, LTD. | CIVIL ACTION<br><br>NO. 07-725-RET-DLD |
| VERSUS | |
| CNA CONTINENTAL CASUALTY COMPANY, ET AL | |

### SUA SPONTE ORDER

A party invoking diversity jurisdiction must allege the citizenship of individuals. Neither the notice of removal nor the state court petition indicate the citizenship of the plaintiffs, James L. Rike and Carol M. Rike, therefore;

**IT IS ORDERED**, pursuant to 28 U.S.C. §1653, that, on or before **January 7, 2008**, the removing defendants shall file an amended notice of removal indicating the citizenship of the plaintiffs, James L. Rike and Carol M. Rike. Failure to timely comply with this order may result in remand of this action.

Signed in Baton Rouge, Louisiana, on December 20, 2007.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**